# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | |
|---|---|
| **BARBARA MONTANO,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Case No.  6:14-cv-02361-RDP |
| | ) |
| **COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,** | ) ) |
| | ) |
| **Defendant.** | ) |

## MEMORANDUM OPINION

On March 29, 2016, the Magistrate Judge's Report and Recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the Magistrate Judge.  No objections to the Magistrate Judge's Report and Recommendation have been filed by Plaintiff or Defendant.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court hereby **ADOPTS** the Report of the Magistrate Judge.  The court further **ACCEPTS** the recommendations of the Magistrate Judge that the decision of the Commissioner be affirmed.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

**DONE** and **ORDERED** this       14th        day of April, 2016.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE